# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147313

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AGEMA, L.L.C.,
　　　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　SC: 147313
　　　　　　　　　　　　　　　　　COA: 309984
　　　　　　　　　　　　　　　　　Ottawa CC: 10-001765-CK

GREENSTONE FARM CREDIT SERVICES,
F.L.C.A.,
　　　　　　Defendant-Appellant,
and

DANIEL NELSON and MARY KAY NELSON,
　　　　　　Defendants/Cross-Plaintiffs/
　　　　　　Third-Party Plaintiffs,
and

GEORGETOWN REAL ESTATE
DEVELOPMENT, L.L.C., CARLOS O.
RUSO, II, ERIKA J. RUSO, DANIEL A.
VAN SUILICHEM, and JOY L.
VAN SUILICHEM,
　　　　　　Defendants/Cross-Defendants,
and

LEO VESPI and IMPACT PROPERTY
PARTNERS, L.L.C.,
　　　　　　Third-Party Defendants.

_____/

　　　　On order of the Court, the application for leave to appeal the May 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923